**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
  MAWULI K. HORMEKU,

                        Plaintiff,                      24 **CIVIL** 8915 (KMW)

   -v-                                              **JUDGMENT**

DS 30 MORNINGSIDE MASTER TENANT, LLC,

                        Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 28, 2025, the Court dismisses Plaintiff's claims against Defendant DS 30 Morningside Master Tenant, LLC for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). To the extent Plaintiff is seeking to sue the United States Postal Service, those claims are dismissed on the basis of sovereign immunity, and therefore, for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). The Court declines to exercise supplemental jurisdiction over any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

      August 22, 2025

                                                               **TAMMI M. HELLWIG**
                                                                 **Clerk of Court**

                                               **BY:**

                                                                 **Deputy Clerk**